UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TACUMA J. M'WANZA,<br><br>　　　　　　Plaintiff,<br>　v.<br>Q. BYRNA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-00590-MMD-WGC<br><br>ORDER |

　　　Plaintiff filed a motion for disposition of civil complaint in this closed case. (ECF No. 25.) The Court denies the motion but will send Plaintiff a courtesy copy of the dismissal order entered on July 16, 2020. (ECF No. 22.)

　　　It is therefore ordered that the motion for disposition of civil complaint (ECF No. 25) is denied.

　　　The Clerk of the Court is directed to send Plaintiff a courtesy copy of the dismissal order (ECF No. 22).

　　　DATED THIS 2nd Day of December 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE